```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BARBARA DORSEY, et al.         :       CIVIL ACTION
                               :
         v.                    :
                               :
ALLSTATE INSURANCE COMPANY     :       NO. 24-4464
```

ORDER

AND NOW, this 24th day of October, 2024, for the reasons discussed in the foregoing Memorandum, it is hereby ORDERED that:

(1) The motion of defendant Allstate Insurance Company to dismiss plaintiffs' bad faith claim (Count II) under Rule 12(b)(6) of the Federal Rules of Civil Procedure (Doc. # 10) is GRANTED as to plaintiffs' allegations in paragraphs 28(g) and (h) of the amended complaint; and

(2) The motion is otherwise DENIED.

                                   BY THE COURT:


                                   /s/  Harvey Bartle III
                                                        J.